HERMAN M. ALBERT, Appellant and Respondent, *v.* CITY OF NEW YORK, Respondent and Appellant.

Argued June 4, 1937; decided July 13, 1937.

*Paul Windels,* Corporation Counsel (*William S. Gaud, Jr., Paxton Blair* and *Robert H. Shaffer* of counsel), for defendant, respondent and appellant.

*Sidney Sugarman* for plaintiff, appellant and respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.